1 Ann-Martha Andrews
State Bar No. 7585
2 LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 East Washington Street, Suite 1200
3 Phoenix, AZ 85004-2595
Tel: 602.262.5311
4 E-mail:aandrews@lrrc.com

5 *Attorneys for Plaintiff The Prudential*
*Insurance Company of America*

6

7

8                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA

| | |
|---|---|
| 9 THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br>10<br>        Plaintiff,<br>11<br>v.<br>12<br>FAITH LEE, PETRA WILSON, MARIO<br>13 WILSON, JESSE WILSON, HARMANI<br>WILSON, M.W., a Minor, H.W., a Minor, and<br>14 E.W., a Minor,<br>15<br>        Defendants. | CASE NUMBER. _____<br><br>**THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA'S<br>COMPLAINT IN INTERPLEADER** |

16        For its Complaint in Interpleader, plaintiff The Prudential Insurance Company of

17 America ("Prudential) alleges as follows:

18                              **PARTIES**

19        1.        Prudential is an insurance company organized and existing under the laws of the

20 State of New Jersey with its principal place of business in New Jersey.  Prudential is duly

21 authorized to do business in the State of Nevada.

22        2.        Upon information and belief, Faith Lee is a citizen of South Dakota and domiciled

23 in Rapid City, South Dakota.

24        3.        Upon information and belief, Petra Wilson is a citizen of Nevada and domiciled in

25 Henderson, Nevada.

26        4.        Upon information and belief, Mario Wilson is a citizen of Nevada, domiciled in

27 Henderson, Nevada, and is the son of Rex Wilson, deceased (the "Insured").

28

100869544_1

1    5.    Upon information and belief, Jesse Wilson, the Insured's son, is a citizen of

2  Nevada and domiciled in Henderson, Nevada.

3    6.    Upon information and belief, Harmani Wilson, the Insured's daughter, is a citizen

4  of Nevada and domiciled in Henderson, Nevada.

5    7.    Upon information and belief, M.W., a minor, is a citizen of Nevada, domiciled in

6  Henderson, Nevada and may be served through his mother, Petra Wilson.

7    8.    Upon information and belief, H.W., a minor, is a citizen of Nevada, domiciled in

8  Henderson, Nevada and may be served through her mother, Petra Wilson.

9    9.    Upon information and belief, E.W., a minor, is a citizen of Nevada, domiciled in

10  Henderson, Nevada and may be served through his mother, Petra Wilson.

11                          **JURISDICTION AND VENUE**

12    10.    This Court has original federal question jurisdiction under the provisions of 28

13  U.S.C. § 1331, which gives the District Court jurisdiction over actions arising under the laws of

14  the United States.  At issue are life insurance plan benefits provided to the Department of

15  Veterans Affairs pursuant to the Servicemembers' Group Life Insurance Act, 38 U.S.C. 1965 *et*

16  *seq*.

17    11.    This Court also has jurisdiction under 28 U.S. C. § 1332, in that the parties are of

18  diverse citizenship and the amount in controversy exceeds $75,000.00.  Prudential is a New

19  Jersey citizen for diversity purposes, and upon information and belief, the defendants are citizens

20  of Nevada and South Dakota.

21    12.    This Court also has jurisdiction under 28 U.S.C. § 1335, in that the adverse

22  claimants are of diverse citizenship and the amount in controversy exceeds $500.00.  There is

23  minimal diversity between the claimants under *State Farm Fire & Casualty Co. v. Tashire,* 386

24  U.S. 523 (1967). Upon information and belief, the defendants are citizens of Nevada and South

25  Dakota.

26    13.    Venue is proper in this federal district pursuant to 28 U.S.C. § 1391(b)(2) because

27  a substantial part of the events or omissions giving rise to the claim occurred in this district.

28

Lewis Roca
ROTHGERBER CHRISTIE

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

1  Venue is also proper in this Court pursuant to 28 U.S.C. § 1397 because one or more of the

2  claimants resides in this judicial district.

3  **CAUSE OF ACTION IN INTERPLEADER**

4        14.     Prudential, through the Office of Servicemembers' Group Life Insurance

5  ("OSGLI"), provided Group Life insurance benefits pursuant to the SGLI statute, 38 U.S.C.

6  § 1965 *et seq*., to the United States Department of Veterans Affairs under group policy number

7  G-32000 ("SGLI Plan").

8        15.     As a veteran of the United States Marine Corps, the Insured was eligible for

9  coverage under the SGLI Plan, which provided Veterans Group Life Insurance ("VGLI")

10  coverage on the life of the Servicemember ("VGLI Coverage").

11        16.     On or about December 29, 2005, the Insured, by electronic designation, via the

12  VGLI website, designated Petra Wilson, spouse, as the sole primary beneficiary of the VGLI

13  Coverage.

14        17.     By VGLI Beneficiary Designation/Change form dated October 1, 2016, the

15  Insured designated Faith Lee, parent, as the primary beneficiary of 50 percent of the VGLI

16  Coverage and Petra Wilson, spouse, as the primary beneficiary of the remaining 50 percent of

17  the VGLI Coverage. *A copy of the VGLI Beneficiary Designation/Change form dated October 1,*

18  *2016* is attached hereto as ***Exhibit A***.

19        18.     Upon information and belief, the Insured died on October 13, 2016 as the result of

20  multiple gunshot wounds.  *A copy of the Certificate of Death issued on December 2, 2016 is*

21  *attached hereto as **Exhibit B***.

22        19.     As a result of the death of the Insured, death benefits in connection with the

23  Insured's VGLI Coverage in the amount of $125,000.00 became payable to a beneficiary or

24  beneficiaries (the "Death Benefit") and liability is conceded to that effect.

25        20.     By letter from her counsel dated October 31, 2016, Petra Wilson contested the

26  most recent change in beneficiary made by the Insured and requested that Prudential hold off on

27  disbursing any of the Death Benefit.  *A copy of the letter from Petra Wilson's counsel dated*

28  *October 31, 2016 is attached hereto as **Exhibit C.***

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

Lewis Roca
ROTHGERBER CHRISTIE

21.    By email correspondence dated January 23, 2017, attaching a Claim For Death Benefits form, Petra Wilson made a claim to the Death Benefit. *A copy of the email correspondence dated January 23, 2017 and the Claim for Death Benefits form (undated) are attached hereto as **Exhibit D.***

22.    By Claim for Death Benefits form dated December 9, 2016, Faith Lee made a claim to the Death Benefit. *A copy of the Claim for Death Benefits form dated December 9, 2016 is attached hereto as **Exhibit E.***

23.    Although the Insured's children had not been named as beneficiaries of the Death Benefit, six of the Insured's children nevertheless made claims to the Death Benefit.

24.    By email correspondence dated January 22, 2017, attaching a Claim For Death Benefits form, Mario Wilson, the Insured's son, made a claim to the Death Benefit. *A copy of the email correspondence dated January 22, 2017 and the Claim for Death Benefits form dated January 22, 2017 are attached hereto as **Exhibit F.***

25.    By email correspondence dated January 23, 2017, attaching a Claim For Death Benefits form dated January 22, 2017, Jesse Wilson, the Insured's son, made a claim to the Death Benefit. *A copy of the email correspondence dated January 23, 2017 and the Claim for Death Benefits form dated January 22, 2017 are attached hereto as **Exhibit G.***

26.    By email correspondence dated January 29, 2017, attaching a Claim For Death Benefits form, Harmani Wilson, the Insured's daughter, made a claim to the Death Benefit. *A copy of the email correspondence dated January 29, 2017 and the Claim for Death Benefits form dated January 22, 2017 are attached hereto as **Exhibit H.***

27.    By email correspondence dated January 26, 2017, attaching Claim For Death Benefits forms on behalf of minor children M.W., H.W., E.W., Petra Wilson made a claim to the Death Benefit on behalf of M.W., H.W., and E.W. *A copy of the email correspondence dated January 26. 2017 is attached hereto as **Exhibit I** and the Claim for Death Benefits forms for M.W. (dated January 23, 2017), H.W. (dated January 22, 2017), and E.W. (undated), are attached hereto as **Exhibits J,K and L,** respectively.*

28.    There have been no other claims for the Death Benefit.

4

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

Lewis Roca
ROTHGERBER CHRISTIE

29.     Under the circumstances, Prudential cannot determine factually or legally who is entitled to the Death Benefit.  By reason of the actual or potential claims of the defendants, the Prudential is or may be exposed to multiple liability.

30.     Prudential is ready, willing, and able to pay the Death Benefit, plus applicable claim interest, if any, in accordance with the terms of the SGLI Plan to whomever this Court shall designate.

31.     As a mere stakeholder, Prudential has no interest (except to recover its attorneys' fees and cost of this action) in the Death Benefit and respectfully requests that this Court determine to whom the Death Benefit should be paid.

32.     Prudential accordingly will distribute the Death Benefit plus applicable claim interest, if any, to the Clerk of the Court for deposit into the Registry of the Court, for disbursement in accordance with the judgment of this Court.

33.     Prudential has not brought this Complaint in Interpleader at the request of any of the defendants.  There is no fraud or collusion between Prudential and any of the defendants. Prudential brings its claim for Interpleader of its own free will and to avoid being vexed and harassed by conflicting and multiple claims.

**WHEREFORE**, Prudential prays that the Court enter judgment:

(a)     appointing a guardian ad litem for minors M.W., H.W., and E.W. in order to represent their interests in connection with this Interpleader action;

(b)     requiring the defendants to answer this Complaint in Interpleader and litigate their claims between themselves for the Death Benefit;

(c)     enjoining the defendants from instituting or prosecuting any proceeding in any state or United States court affecting the Death Benefit and/or the SGLI Plan;

(d)     requiring that the defendants settle and adjust between themselves, or upon their failure to do so, this Court settle and adjust the claims and determine to whom the Death Benefit should be paid;

(e)     permitting Prudential to deposit the amount of the Death Benefit, plus applicable claim interest, if any, into the Court or as this Court otherwise directs to be subject to the order of this Court and to be paid out as this Court shall direct;

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

Lewis Roca
ROTHGERBER CHRISTIE

(f)  discharging Prudential from any and all further liability to the defendants relating in any way to the SGLI Plan and/or the Death Benefit upon payment of the Death Benefit into the Registry of this Court or as otherwise directed by this Court;

(g)  awarding Prudential its attorneys' fees and costs in their entirety; and

(h)  awarding Prudential any other and further relief that this Court deems just and proper.

DATED this 29th day of March 2017.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: s/ Ann-Martha Andrews
Ann-Martha Andrews
State Bar No. 7585
E-mail:    aandrews@lrrc.com
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Tel: 602.262.5311

*Attorneys for Plaintiff The Prudential*
*Insurance Company of America*

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

Lewis Roca
ROTHGERBER CHRISTIE

100869544_1

6