# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>FAITH LEE, *et al.*,<br><br>                Defendants. | 2:17-cv-00900-JCM-VCF<br>**ORDER** |

    Before the Court is Plaintiff's Motion to Continue Scheduling Conference (ECF No. 12).

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Scheduling Conference (ECF No. 12) is GRANTED.

    IT IS FURTHER ORDERED that the scheduling conference scheduled for 10:00 AM, June 1, 2017 is RESCHEDULED to 11:00 AM, June 26, 2017, in Courtroom 3D.

    Plaintiff's counsel may appear telephonically. The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

    DATED this 26th day of May, 2017.

                                                                    _____
                                                                     CAM FERENBACH
                                                                       UNITED STATES MAGISTRATE JUDGE