MARK J. CONNOT (10010)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.262.6899
Facsimile: 702.597.5503
mconnot@foxrothschild.com

PATRICK A. LEE
*(pro hac pending)*
203 E. Oakland St.
Rapid City, South Dakota 57701
Telephone: (605) 341-4360
plee@olc.edu

*Attorneys for Faith Lee*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAITH LEE, PETRA WILSON, MARIO WILSON, JESS WILSON, HARMANI WILSON, M.W., a Minor, H.W., a Minor and E.W., a minor,<br><br>Defendants. | Case No.: 2:17-CV-00900-JCM-VCF<br><br>**DEFENDANT FAITH LEE'S MOTION TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE** |

Due to a scheduling conflict, Defendant Faith Lee ("Lee"), by and through her undersigned counsel, respectfully requests permission for her counsel to appear telephonically for the scheduling conference set for June 26, 2017 at 11:00 am in Courtroom 3D. Plaintiff's local counsel, Mark Connot, will be at the airport for a 12:18 PM flight on June 26, 2017, making an appearance at 11:00 AM in Court for a scheduling conference difficult if not impossible, and Plaintiff's counsel Patrick Lee resides in South Dakota and it would be an expense and a hardship for him to attend in person. Accordingly, Mark Connot and Patrick Lee respectfully request that the Court permit them to appear telephonically.

Plaintiff's counsel has already been granted permission pursuant to an Order [ECF No. 12] filed by the Court on May 26, 2017 with a call-in telephone number of (888) 273-3658,

access code 3912597 to be made on a land line five minutes prior to the hearing time. Defendant Lee's counsel requests permission to join in on the conference call already set up per the Court's May 26, 2017 Order. If the Court's system is unable to accommodate a conference call, Defendant Lee's counsel will make arrangement for a conference line that all counsel can call for the hearing.

DATED this 14th day of June, 2017.

**FOX ROTHSCHILD LLP**

*/s/ Mark J. Connot*
MARK J. CONNOT (10010)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

and

PATRICK A. LEE
*(pro hac pending)*
203 E. Oakland St.
Rapid City, South Dakota 57701

*Attorneys for Faith Lee*

IT IS SO ORDERED.

DATED this 15th day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

ACTIVE\49602720.v1-6/14/17

Page 2 of 2