# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
|---|---|
| Plaintiff, | 2:17-cv-00900-JCM-VCF |
| vs. | **ORDER** |
| FAITH LEE, *et al.*, | |
| Defendants. | |

Before the Court is the Motion to Appear Telephonically at LR-22-1 Scheduling Conference (ECF No. 31). Plaintiff has given sufficient reason to appear telephonically.

Accordingly, IT IS HEREBY ORDERED that the Motion to Appear Telephonically at LR-22-1 Scheduling Conference (ECF No. 31) is GRANTED.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 23rd day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE