# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Plaintiff, | 2:17-cv-00900-JCM-VCF |
| vs. | **ORDER** |
| FAITH LEE, *et al.*, | |
| Defendants. | |

Before the Court is the Motion for Leave to Attend Interpleader Scheduling Conference by Telephone (ECF No. 33). Defendant's counsel, Michael Hoover, has to attend a deposition. He has given sufficient reason to appear telephonically.

Accordingly, IT IS HEREBY ORDERED that the Motion for Leave to Attend Interpleader Scheduling Conference by Telephone (ECF No. 33) is GRANTED.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 23rd day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE