# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

        Plaintiff,

vs.

FAITH LEE, *et al.*,

        Defendants.

2:17-cv-00900-JCM-VCF
**ORDER**

Before the Court is Defendant Faith Lee's Motion to Appear Telephonically at LR 22-1 Scheduling Conference by Telephone (ECF No. 35). Defendant's counsel, Michael Hoover, has to attend a deposition. He has given sufficient reason to appear telephonically.

Accordingly, IT IS HEREBY ORDERED that the Defendant Faith Lee's Motion to Appear Telephonically at LR 22-1 Scheduling Conference by Telephone (ECF No. 35) is GRANTED.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 23rd day of June, 2017.

                                  CAM FERENBACH
                                  UNITED STATES MAGISTRATE JUDGE