# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>FAITH LEE, *et al.*,<br><br>                Defendants. | 2:17-cv-00900-JCM-VCF<br>**ORDER** |

Before the Court is the Joint Stipulation to Extend Discovery Deadline (ECF No. 77). The discovery extension requested by the parties does not set a date certain for the discovery cut-off and the stipulation will not be approved in this form.

Accordingly,

IT IS HEREBY ORDERED that all discovery is stayed in this case until the earlier of thirty (30) days after the Court decides on the pending Motion for Summary Judgment (ECF No. 66) or July 18, 2018;

IT IS FURTHER ORDERED that the parties will not be required to file a new proposed Discovery Plan and Scheduling Order until the earlier of thirty (30) days after the Court decides on the pending Motion for Summary Judgment (ECF No. 66), if the case is pending, or July 18, 2018;

After July 2, 2018, the parties may file a stipulation to further stay discovery and the filing of a new Discovery Plan and Scheduling Order, if the Motion for Summary Judgment is still pending.

IT IS FURTHER ORDERED that the hearing scheduled for May 3, 2018 is VACATED.

DATED this 20th day of April, 2018.

                                                                                   CAM FERENBACH
                                                                                    UNITED STATES MAGISTRATE JUDGE