# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>FAITH LEE, PETRA WILSON, JESSE WILSON, HARMANI WILSON, M.W., a Minor, H.W., a Minor, and E.W., a Minor,<br><br>      Defendants. | 2:17-cv-00900-JCM-VCF<br>**ORDER** |

  Before the Court is Petra Wilson's Motion for Leave to Withdraw Counsel of Record (ECF No. 84). Defendant Faith Lee has no objection to the motion. (ECF No. 85).

  Under LR 7-2(b), the deadline to file and serve any points and authorities in response to the motion is 14 days after service of the motion. Here, Petra Wilson has not filed any opposition to the instant motion.

  Pursuant to LR IA 11-6(d), except for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case.

  The parties stipulated to a stay of discovery to October 1, 2018 or after the Court enters its ruling on both parties' motions for summary judgment, whichever ruling is entered later. (ECF NO. 82). On July 10, 2018, the Court ruled on both summary judgment motions. (ECF No. 83). No hearing is on calendar and trial has not yet been set.

  Here, granting Petra Wilson's motion will not result in delay of discovery, the trial, or any hearing in this case.

Accordingly,

IT IS HEREBY ORDERED that Petra Wilson's Motion for Leave to Withdraw Counsel of Record (ECF No. 84) is GRANTED. On or before August 28, 2018, Petra Wilson must file with the Court a notice of appearance of new counsel or notice of proceeding pro se.

IT IS FURTHER ORDERED that a discovery hearing is scheduled for **10:00 AM, September 7, 2018**, in Courtroom 3D, located on the third floor of the Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101. Petra Wilson or her new counsel must attend the hearing on September 7, 2018.

IT IS FURTHER ORDERED that Michael J. Hoover, Esq. must mail and e-mail a copy of this Order to Petra Wilson. Certificate of service by mail must be filed with this court by August 14, 2018.

The Clerk of Court is directed to mail a copy of this order to Petra Wilson at 378 Sanctuary Court, Henderson, Nevada 89014.

IT IS SO ORDERED.

DATED this 8th day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE