# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

        Plaintiff,

vs.

FAITH LEE, PETRA WILSON, JESSE WILSON, HARMANI WILSON, M.W., a Minor H.W., a Minor, and E.W., a Minor,

        Defendants.

2:17-cv-00900-JCM-VCF

**ORDER**

    Before the Court is *The Prudential Insurance Company of America v. Faith Lee, et al*, case no. 2:17-cv-00900-JCM-VCF.

    In light of Petra Wilson's recent filings,

    IT IS HEREBY ORDERED that the discovery hearing scheduled for September 7, 2018 is VACATED and ADVANCED to 10:00 AM, August 21, 2018, in Courtroom 3D.

    IT IS FURTHER ORDERED that a hearing on Petra Wilson's Motion for Pro Se Litigant to File Electronically (ECF NO. 89) is scheduled for 10:00 AM, August 21, 2018.

    IT IS FURTHER ORDERED that the briefing on the Motion for Reconsideration (ECF NO. 90) is STAYED until further order of the Court.

    DATED this 10th day of August, 2018.

                                                    CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE