MARK J. CONNOT (10010)
LYNNEL M. REYES (14604)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, NV 89135
Telephone: 702.262.6899
Facsimile: 702.597.5503
mconnot@foxrothschild.com
lreyes@foxrothschild.com
*Attorneys for Defendant Faith Lee*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAITH LEE, PETRA WILSON, MARIO WILSON, JESSE WILSON, HARMANI WILSON, M.W., a Minor, H.W., a Minor and E.W., a Minor,<br><br>Defendants. | Case No. 2:17-CV-00900-JCM-VCF<br><br>**DEFENDANT FAITH LEE'S MOTION FOR CONTINUANCE** |

Defendant Faith Lee ("Faith Lee"), by and through her attorneys of record, Fox Rothschild LLP, hereby respectfully requests this Honorable Court to reschedule the hearings in this matter, set for August 21, 2018 at 10:00 a.m., in Courtroom 3D, due to unavailability of counsel on that date. Accordingly, counsel for Faith Lee, submits the following available dates and times for rescheduling:

/ /

/ /

/ /

/ /

1

August 22, 2018, after 1:00 p.m.
August 29, 2018, any time
August 30, 2018, any time
August 31, 2018, any time
September 7, 2018, any time.

DATED this 14th day of August, 2018.

**FOX ROTHSCHILD LLP**

*/s/ Mark J. Connot*
MARK J. CONNOT (10010)
LYNNEL M. REYES (14604)
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
*Attorneys for Defendant Faith Lee*

**IT IS SO ORDERED:**

_____
**UNITED STATED MAGISTRATE JUDGE**

**DATED:** August 15, 2018

IT IS HEREBY ORDERED that the hearing scheduled for 10:00 AM, August 21, 2018 is VACATED and RESCHEDULED to 1:30 PM, August 29, 2018, in Courtroom 3D.

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August 2018, a true and correct copy of the foregoing **DEFENDANT FAITH LEE'S MOTION FOR CONTINUANCE** was filed with the Clerk of the Court through the Court's CM/ECF system, which sent electronic notification to all registrants. I further certify that any participant not registered CM/ECF user, I have mailed the foregoing document by First-Class Mail, postage prepaid.

Todd D. Erb
Lewis Roca Rothgerber Christie LLP
40. N Central Avenue
Phoenix, AZ 85004

Ann-Martha Andrews
Lewis Roca Rothgerber Christie LLP
201 E. Washington St. Suite 1200
Phoenix, AZ 85004
*Attorneys for Plaintiff*

Petra Wilson
378 Sanctuary Court
Henderson, NV 89014
*Pro Se*

*/s/ Doreen Loffredo*
An Employee of Fox Rothschild LLP

ACTIVE\61564904.v1-8/14/18