# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

        Plaintiff,

vs.

FAITH LEE, *et al.*,

        Defendants.

2:17-cv-00900-JCM-VCF

**ORDER**

        Before the Court is Petra Wilson's *Ex Parte* Motion for Expedited Consideration for Release of Undisputed Insurance Funds (ECF No. 97).

        Since this motion is filed as ex-parte, the other parties in this case received no notification of the filing of instant motion through CM/ECF. Petra Wilson has not provided the court with any reason to grant the relief on an *ex parte* basis.

        Pursuant to Local Rule IA 7-2(b), neither party nor an attorney for any party may make an *ex parte* communication with the court except as specifically permitted by the local rules or the Federal Rules of Civil Procedure. Here, Petra Wilson has not given good cause or any compelling reason why the instant motion was submitted to the Court without notice to other defendant(s).

        Accordingly,

        IT IS HEREBY ORDERED that a hearing on Petra Wilson's Motion for Expedited Consideration for Release of Undisputed Insurance Funds (ECF No. 97) is scheduled for 1:30 PM, August 29, 2018, in Courtroom 3D.

1. The Clerk of Court is directed to remove the ex parte status on Petra Wilson's Motion for Expedited Consideration for Release of Undisputed Insurance Funds (ECF No. 97).

DATED this 24th day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE