# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

THE PRUDENTIAL INSURANCE COMPANY,

    Plaintiffs,

vs.

FAITH LEE, *et al.*,

    Defendants.

2:17-cv-00900-JCM-VCF

**ORDER**

Before the court is pro se Defendant Petra Wilson's Motion For Pro Se Litigant To File Electronically (ECF No. 89).

Accordingly, and for good cause shown,

IT IS ORDERED that pro se Defendant Petra Wilson's Motion For Pro Se Litigant To File Electronically (ECF No. 89) is GRANTED with the following provisions:

1. On or before September 14, 2018, Defendant Petra Wilson must provide certification that she has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures that are accessible on this court's website under the Local Rules Part IC-Electronic Case Filing.

2. Defendant Petra Wilson is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

3. Upon timely filing of the certification, Defendant Petra Wilson shall

contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 29th day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE