# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY, | Case No. 2:17-CV-900 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| FAITH LEE, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Prudential Insurance Company v. Lee et al.*, case number 2:17-cv-00900-JCM-VCF.

On September 26, 2018, the court granted in part and denied in part defendant Petra Wilson's motion for reconsideration (ECF No. 90) and disbursed from the federal registry half of the funds from her deceased ex-husband's life insurance policy. (ECF No. 111). While the insurance funds were in the federal registry, the account earned $1,684.94 in interest. Accordingly, the court will disburse to Wilson half of the interest in the amount of $842.47.

IT IS SO ORDERED.

DATED October 11, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**