James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| THE PRUDENTIAL INSURANCE COMPANY, | Case No. 2:17-CV-900 JCM (VCF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| FAITH LEE, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Prudential Insurance Company of America v. Lee et al.*, case number 2:17-cv-00900-JCM-VCF. Prudential Insurance Company filed the instant interpleader action to resolve competing claims to Rex Wilson's ("the decedent") life insurance policy for $125,000 ("the death benefit"). (ECF No. 1). The claimants are Faith Lee, the decedent's mother, and Petra Wilson, the decedent's wife. *Id.* On October 3, 2017, the court dismissed the life insurance provider after it paid $119,598.84 into the court's registry. (ECF No. 52).

On September 26, 2018, the court disbursed the undisputed portion of the death benefit to Petra Wilson. (ECF Nos. 111; 112). Ms. Wilson filed a bankruptcy petition in the United States Bankruptcy Court, District of Nevada and, on November 1, 2018, filed a "notice of stay proceedings" in this case. (ECF No. 113). Since Ms. Wilson's notice, no party has taken action in this case.

. . .

. . .

. . .

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties shall file a status report within seven (7) days of this order.

DATED February 24, 2020.

_____
UNITED STATES DISTRICT JUDGE