UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY,<br><br>　　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>FAITH LEE, et al.,<br><br>　　　　　　　　　　　Defendant(s). | Case No. 2:17-CV-900 JCM (VCF)<br><br>ORDER |

　　　　Presently before the court is the matter of *Prudential Insurance Company of America v. Lee et al.*, case number 2:17-cv-00900-JCM-VCF. On March 6, 2020, counsel for defendant Faith Lee filed a notice of suggestions of death, indicating that Ms. Lee had died. (ECF No. 116). Ms. Lee's counsel also filed a status report, indicating that defendant Petra Wilson's bankruptcy proceeding was nearly complete. (ECF No. 117).

　　　　Ms. Lee's counsel indicated that "[t]he parties will apprise the [c]ourt when the bankruptcy matter is concluded." *Id.* at 2. Although Ms. Wilson's chapter 13 bankruptcy plan was confirmed in November 2019, and notice was sent to creditors in December, the parties have not updated the court regarding the bankruptcy process. *Id.*

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties shall file, within 7 days of this order, a status report regarding Ms. Wilson's bankruptcy proceeding and what, if any, action the court needs to take to resolve this case.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the parties shall also apprise the court of whether they intend to substitute someone to replace Ms. Lee as a party pursuant to Fed. R. Civ. P. 25(a).

DATED July 15, 2020.

_____
UNITED STATES DISTRICT JUDGE