UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| THE PRUDENTIAL INSURANCE COMPANY, | Case No. 2:17-CV-900 JCM (VCF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| FAITH LEE, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Prudential Insurance Company of America v. Lee et al.*, case number 2:17-cv-00900-JCM-VCF.

The last activity in this case was a status report filed by the now-deceased defendant Faith Lee on July 20, 2020. (ECF No. 119). Lee reported that defendant Petra Wilson's bankruptcy matter was still pending and that the parties would apprise the court when the matter concluded. (*Id.* at 2; *see also* ECF No. 113 (notice of bankruptcy proceedings)). The parties also reported their intent to substitute Lee as a party after the automatic bankruptcy stay is lifted. (ECF No. 119 at 2).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that counsel for Lee shall file a status report within seven days of this order. The status report should update the court on the bankruptcy matter and what, if any, action the court needs to take to resolve this case.

DATED May 3, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**