UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY,<br><br>　　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>FAITH LEE, et al.,<br><br>　　　　　　　　　　　Defendant(s). | Case No. 2:17-CV-900 JCM (VCF)<br><br>ORDER |

　　　　Presently before the court is defendant Petra Wilson ("Wilson")'s motion to dismiss defendant Faith Lee and for an order to transfer interpleader funds (the "motion to dismiss"). (ECF No. 134).  Mark J. Connot, Esq., filed a limited response on behalf of Faith Lee, who is now deceased.  (ECF No. 135).  Petra filed a motion for leave to file omitted exhibits to her motion to dismiss and to respond to issues raised in Mr. Connot's response (the "motion for leave").  (ECF No. 136).  No response to the motion for leave has been filed.

　　　　Wilson filed her motion to dismiss *pro se*, inadvertently omitting exhibits necessary for a proper response.[1]  (*See* ECF No. 134).  The response noted the omission, and Wilson subsequently filed the motion for leave, requesting leave to file the exhibits and for time to obtain legal representation.  (ECF Nos. 135, 136).  Wilson then filed the omitted exhibits as a supplement to her motion to dismiss.  (ECF No. 137).

　　　　Given Wilson's desire to retain legal counsel, the court grants her motion for leave insofar as it requests extra time.  Because Wilson's motion to dismiss omitted necessary exhibits, and Mr. Connot could not properly respond, the motion to dismiss is denied without prejudice.  Wilson has

---

[1] The court admonishes Wilson to review Local Rule IC 2-2(b), which requires each form of relief requested be requested in separate documents.

**James C. Mahan**
**U.S. District Judge**

60 days from the entry of this order to retain counsel and re-file her motion to dismiss, which will be briefed pursuant to a normal briefing schedule.

Wilson's request for leave to file the omitted exhibits is thus moot, and the court need not address the merits of the motion to dismiss.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Wilson's motion to dismiss (ECF No. 134) is DENIED without prejudice.

IT IS FURTHER ORDERED that Wilson's motion for leave (ECF No. 136) is GRANTED in part and DENIED as moot in part, consistent with the forgoing.

IT IS FURTHER ORDERED that the supplement to the motion to dismiss (ECF No. 137) be STRICKEN.

DATED June 9, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -