## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>FAITH LEE, PETRA WILSON, MARIO )<br>WILSON, JESSE WILSON, HARMANI )<br>WILSON, M.W., a Minor, H.W., a Minor )<br>and E.W., a Minor,  )<br>) | No. 2:17-cv-00900-JCM-MDC<br><br><br><br><br>**MOTION TO DISBURSE FUNDS IN THE COURT'S REGISTRY TO PETRA WILSON** |

     COMES NOW Defendant, PETRA WILSON, Pro Se, and moves to have the Court disburse the remainder of her deceased husband Rex Wilson's death benefit insurance funds ("the interpleaded funds"), currently being held in the Court's registry, to Petra Wilson, on the grounds (a) that the Estate of Faith Lee having been closed and the court-appointed successor personal representative having been discharged, the Estate no longer exists as a legal entity, (b) that the only remaining claimant to the interpleaded funds is Petra Wilson, (c) that the interpleaded funds indisputably belong to Petra Wilson, and (d) that no compelling reasons exists to deny disbursement of such funds to Petra Wilson.

     In support of this Motion, movant relies on her Supplemental Memorandum of Law in Support of the Re-Filed Motion to Dismiss and the Motion to Disburse

1

Funds.

                               Respectfully submitted,

/S/ *Petra Wilson*

_____
Petra Wilson, Pro Se
378 Sanctuary Court
Henderson, NV 89014
Telephone: 1-702-612-6111
Email: Petrawilson67@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2024, I caused a copy of the foregoing to be served through the Court's CM/ECF System to all parties.

/S/ *Petra Wilson*

_____
Petra Wilson, Pro Se
378 Sanctuary Court
Henderson, NV 89014
Telephone: 1-702-612-6111
Email: Petrawilson67@gmail.com