Petra Wilson, Attorney Pro se

378 Sanctuary Court Henderson, NV 89014

Telephone: 1-702-612-6111

Email: Petrawilson67@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                    Plaintiff,<br><br>      -vs-<br><br>FAITH LEE, PETRA WILSON<br><br>                    Defendants | CASE NO. 2:17-cv-00900-JCM-VCF<br><br>**ORDER GRANTING MOTION TO DISBURSE FUNDS IN THE COURT'S REGISTRY TO PETRA WILSON** |

    As the sole surviving party in this interpleader civil action, Defendant Petra Wilson filed a motion to disburse the remaining funds in the Court's Registry to her (ECF No. 148). In response, the Court ordered Defendant Petra Wilson to serve a copy of the motion to disburse funds on Paul Thomas Wilson and further ordered that he respond to the motion within 14 days (two weeks) of service upon him (ECF No. 149).

1

Defendant Petra Wilson had the Sheriff's Office of Pennington County, South Dakota, personally serve Paul Thomas Wilson with a copy of the motion to disburse the funds to her (ECF No. 148), Supplemental Briefing in Support of Re-filed Motion to Dismiss and Motion to Disburse Funds (ECF No. 148-1), and the Court's Order (ECF No. 149), which service was effected on March 13, 2024. Defendant Petra Wilson has also filed proof of such service on the court's electronic docket (ECF No. 151). Paul Thomas Wilson failed to respond to the Motion for Disbursement within the 14-day period after service of the Motion prescribed by the Court.

Having considered the dismissal of this action against Petra Wilson and her Motion to Disburse the Funds in the Court's Registry (ECF No. 148), and being fully advised in the premises:

**IT IS HEREBY ORDERED** that the above case against Defendant Petra Wilson **is dismissed with prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Motion to Disburse Funds Held in the Court's Registry to Petra Wilson (ECF No. 148) **is GRANTED.** The funds held in the Court's Registry related to this matter shall be distributed as follows:

(a) In accordance with 28 U.S.C. § 1914 and the guidelines set by the Director of the Administrative Office of the United States Courts, the Clerk is directed, without further order of this Court, to deduct from the income earned on the funds while on deposit a fee equal to no more than ten percent of the income earned while the funds were held in the Court's Registry. Such fee shall not exceed that authorized by the Judicial Conference of the United States.

(b) The Clerk is then directed to **disburse to Defendant Petra Wilson all remaining funds on deposit, including all of the remaining accumulated interest and income on the initial sum of the interpleaded $62,500.00.**

Dated June 13, 2024.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

.

# PETRA WILSON
**379 Sanctuary Drive**
**Henderson, Nevada 89014**
**Phone: 702-612-6111**
**Email: Petwils67@gmail.com**

June 11, 2024

Clerk of Courts
United States District Court
333 Las Vegas Boulevard South
Las Vegas, NV 89101

      Re:    Prudential Insurance Co. v. Faith Lee, Petra Wilson
            (Civ. No. 2:17-cv-00900-JCM-MDC)

Dear Clerk:

I have a pending Motion To Disburse Funds In The Court's Registry to Petra Wilson (Doc. 148), filed January 19, 2024.

Enclosed, please find the following two documents to be filed in the above-referenced civil action:

1. A proposed Order To Disburse Funds In The Court's Registry To Petra Wilson, to be signed by Judge Andrew P. Gordon pursuant to the above-refenced motion (Doc. 148); and

2. A Certificate of Service verifying service of the proposed Order To Disburse Funds In The Court's Registry To Petra Wilson.

If you have any questions please call or email me at the above-phone number or email address. Thank you for your assistance and cooperation on this matter.

                                            Sincerely yours,

                                            /S/ Petra Wilson

                                            _____
                                            Petra Wilson, Pro Se
                                            378 Sanctuary Court
                                            Henderson, NV 89014
                                            Telephone:  1-702-612-6111
                                            Email:  Petrawilson67@gmail.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>-vs-<br><br>FAITH LEE, PETRA WILSON<br><br>            Defendants | CASE NO. 2:17-cv-00900-JCM-VCF |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2024, I caused a copy of the following documents to be served through the Court's CM/ECF System to all parties, viz:

1. A proposed Order To Disburse Funds In The Court's Registry To Petra Wilson, to be signed by Judge James C. Mahan pursuant to the above-refenced motion (Doc. 148); and

2. A Certificate of Service verifying service of the proposed Order to Disburse Funds In The Court's Registry To Petra Wilson.

            Respectfully submitted,

            /S/ Petra Wilson
            _____
            Petra Wilson, Pro Se
            378 Sanctuary Court
            Henderson, NV 89014
            Telephone:  1-702-612-6111
            Email:  Petrawilson67@gmail.com